IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL C. HAINES, et al. | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO.  08-cv-5715 |
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY | : : : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 18th day of June, 2009, upon consideration of Plaintiffs' Motion For Leave to Amend Their Complaint, Defendant's Brief in Opposition, Plaintiffs' Reply Brief, and Defendant's Sur-Reply Brief, it is hereby ORDERED that Plaintiffs' Motion (Doc. No. 10) is GRANTED.  Plaintiffs shall file their Amended Complaint, which is attached to their Motion at Exhibit "A," within **five (5) days** of the date of this Order.  Defendant shall file a responsive pleading to Plaintiffs' Amended Complaint within **twenty (20) days** of being served with the Amended Complaint.

BY THE COURT:

*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J.