IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAUL C. HAINES, et al.                  :
                                        :
                    Plaintiffs          :   CIVIL ACTION
                                        :
         vs.                            :
                                        :   NO.  08-CV-5715
STATE AUTO PROPERTY AND                 :
CASUALTY INSURANCE                      :
COMPANY                                 :
                                        :
                    Defendant           :


## ORDER

AND NOW, this 24rd day of March, 2010, upon review of the Parties'

Cross-Motions for Summary Judgment and the responses thereto, it is hereby ORDERED that

Plaintiffs' Motion for Summary Judgment (Doc. No. 27) is DENIED and Defendant's Motion for

Summary Judgment (Doc. No. 29) is GRANTED.  It is further ORDERED that judgment is

entered in favor of Defendant and against Plaintiffs as to all counts of Plaintiffs' Amended

Complaint.  It is further ORDERED that Judgment is entered in favor of Defendant and against

Plaintiffs as to Defendant's Counterclaim for Declaratory Judgment.

The Clerk of Court is directed to close this matter for statistical purposes.


                              BY THE COURT:


                               /s/ Thomas M. Golden
                              THOMAS M. GOLDEN, J.